| | |
|---|---|
| 1 | Craig S. Summers (SBN 108,688) |
| | craig.summers@kmob.com |
| 2 | Paul A. Stewart (SBN 153,467) |
| | paul.stewart@kmob.com                              JS-6 |
| 3 | Bridget A. Smith (SBN 253,548) |
| | bridget.smith@kmob.com |
| 4 | **KNOBBE, MARTENS, OLSON & BEAR, LLP** |
| | 2040 Main Street, 14th Floor |
| 5 | Irvine, CA 92614 |
| | Telephone: (949) 760-0404 |
| 6 | Facsimile:  (949) 760-9502 |
| 7 | Attorneys for Plaintiff/Counterdefendant |
| | **DATCARD SYSTEMS, INC.** |
| 8 | |
| 9 | Marc E. Hankin (SBN 170,505) |
| | Marc@HankinPatentLaw.com |
| 10 | Kevin Schraven (SBN 259,446) |
| | Kevin@HankinPatentLaw.com |
| 11 | **HANKIN PATENT LAW APC** |
| | 12400 Wilshire Boulevard, Suite 1265 |
| 12 | Los Angeles, CA 90025 |
| | Telephone: (310) 979-3600 |
| 13 | Facsimile:  (310) 979-3603 |
| 14 | Attorneys for Defendant/Counterclaimant |
| | **DATA DISTRIBUTING, LLC** |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DATCARD SYSTEMS, INC., a California corporation, | Case No. SACV 11-1434-MRP (VBKx) |
| Plaintiff, | **ORDER GRANTING STIPULATION OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |
| v. | |
| DATA DISTRIBUTING, LLC, a California Limited Liability Company, | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS | |

The Court, having considered the Stipulation of Dismissal of Plaintiff DatCard Systems, Inc.'s ("DatCard") Complaint with prejudice and dismissal of Defendant Data Distributing, LLC's ("Data Distributing") Counterclaims without prejudice, and for good cause shown, hereby ORDERS that:

1    DatCard's Complaint is hereby dismissed with prejudice;

2    Data Distributing's Counterclaims are hereby dismissed without prejudice; and

3    Each party shall bear its own costs and attorneys' fees in this action.

**IT IS SO ORDERED.**

Dated: April 30, 2014

Hon. Mariana R. Pfaelzer
United States District Judge